UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

VENTURA RODRIGUEZ,

                              Plaintiff,

                                                        1:23-cv-09871-DEH-SDA

   -v-

MARTIN O'MALLEY
Commissioner of Social Security,

                              Defendant.
-------------------------------------------------------------------- X

## STIPULATION FOR ALLOWANCE OF FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT

**IT IS HEREBY STIPULATED** by and between Nahid Sorooshyari, Special Assistant United States Attorney, for Damian Williams, the United States Attorney for the Southern District of New York, attorneys for the Defendant herein, and Daniel Berger, Esq., attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$ 797.00,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: New York, New York
      July 1, 2024

BY:

  */s/ Nahid Sorooshyari*                    By: */s/ Daniel Berger*
  Special Assistant United States Attorney     Daniel Berger, Esq.
  Office of Program Litigation, Office 2         100 Grand Concourse

| | |
|---|---|
| Office of the General Counsel | Bronx, NY 10451 |
| Social Security Administration | 718-588-4715 |
| 6401 Security Boulevard | danielbergeresq@aol.com |
| Baltimore, MD 21235 | |
| Tel.: (212) 264-9184 | |
| Nahid.Sorooshyari@ssa.gov | |

Given the stipulation, the motion for attorney's fees, ECF No. 14, is **DENIED** as moot.

The Clerk of Court is respectfully directed to close ECF No. 14.

**SO ORDERED:**

_____
**Dale E. Ho**
**United States District Judge**
**Dated: July 1, 2024**
**New York, New York**